UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL B. WILLIAMS,<br><br>       Plaintiff,<br><br>   v.<br><br>CANDY BOTICH, et al.,<br><br>       Defendants. | Case No. CV 05-2877 TJH (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED AND DECREED THAT this action is dismissed with prejudice.

Dated: September 23, 2010

_____
TERRY J. HATTER, JR.
SENIOR JUDGE